1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT FOR THE
9                EASTERN DISTRICT OF CALIFORNIA
10
11  PAUL WILLIAM JENSEN,                    1:08-cv-1214 WMW (PC)
12          Plaintiff,                      ORDER GRANTING FIRST MOTION
                                            TO EXTEND TIME TO FILE RESPONSE
13      vs.                                 TO ORDER TO SHOW CAUSE
14  D. ADAMS, et al.,                       (DOCUMENT #4)
15          Defendants.                     THIRTY DAY DEADLINE
16  _____/
17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
18  1983.  On August 27, 2008,  plaintiff filed a motion to extend time to file response to order to
19  show cause.  Good cause having been presented to the court and GOOD CAUSE APPEARING
20  THEREFOR, IT IS HEREBY ORDERED that:
21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file
22  response to order to show cause.
23
24  IT IS SO ORDERED.
25  **Dated:    August 29, 2008**          _____/s/  William M. Wunderlich_____
                                           UNITED STATES MAGISTRATE JUDGE
26
27
28