IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

    Plaintiff,                      1: 08 CV 1214 AWI WMW P

    vs.                              ORDER DISMISSING ACTION
                                      WITHOUT PREJUDICE

D. ADAMS, et al.,

    Defendants.
_____/

    On February 18, 2009, an order was entered, suggesting death upon the record pursuant to Federal Rule of Civil Procedure 25(a)(1). The order specified that under Rule 25(a)(1), unless a motion for substitution is made, the action shall be dismissed as to the deceased party. The order further specified that absent such a statement, this case would be dismissed on May 12, 2009. The court having received a suggestion of death, and no response having been filed to the order dated February 18, 2009;

    This matter is ordered dismissed without prejudice. The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 13, 2009**                 **/s/ Anthony W. Ishii**
                                           CHIEF UNITED STATES DISTRICT JUDGE